## No. 19,801.

### PILLAR OF FIRE *v.* SCHOOL DISTRICT No. 50, ADAMS COUNTY.

(369 P. [2d] 552)

Decided March 5, 1962.   Rehearing denied March 26, 1962.

Mr. J. FRED SCHNEIDER, Mr. RONALD LEE COOKE, Mr. FRED M. WINNER, Mr. WARREN O. MARTIN, for plaintiff in error.

Messrs. ROEPNACK and ORAHOOD, for defendant in error.

*En Banc.*

PER CURIAM.

AFTER oral argument to the Court sitting en banc, on motion of defendant in error to dismiss the writ of error, renewed in the answer brief and during the argument, it is the order of the Court that said motion be granted for the reason that the issues raised herein are now moot.

Writ of error dismissed.